IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )     No.  13-04040-01-CR-W-FJG
                                   )
JOSHUA KAIN SMITH,                 )
                                   )
                    Defendant.     )

MOTION TO DISMISS THE
INDICTMENT RETURNED ON AUGUST 6, 2013

COMES NOW, the United States of America, by the undersigned counsel, and moves to

dismiss the Indictment returned on August 6, 2013, based on a clerical error.   A new Indictment,

Case No. 13-00286-01-CR-W-GAF, for defendant was returned (filed) on August 7, 2013.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By     */s/ Paul S. Becker for*

Cynthia L. Cordes
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri   64106-2149
Telephone:   (816) 426-3122

CLC/lm