IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  13-04040-01-CR-W-FJG |
| | ) | |
| JOSHUA KAIN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon motion of the United States of America (Doc. No. 4), the Indictment against defendant Joshua Kain Smith returned on August 6, 2013, is hereby dismissed.

**/S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated:  September 19, 2013
Kansas City, Missouri